NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE MIRACLE TUESDAY, LLC

---

2011-1373
(Serial No. 77/649,391)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

## ON MOTION

---

## ORDER

The Director of the United States Patent and Trademark Office moves without opposition for a 14-day extension of time, until December 27, 2011, to file his responsive brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**DEC 1 2 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Paul D. Supnik, Esq
    Raymond T. Chen, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**DEC 1 2 2011**

**JAN HORBALY**
**CLERK**